**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7508**

———————————

DENNIS MICHAEL GALLIPEAU,

           Plaintiff - Appellant,

      v.

LINDA MICKENS-HAM,

           Defendant - Appellee,

      and

JANE DOE; LEXINGTON COUNTY DETENTION CENTER; OFFICER MACK,

           Defendants.

———————————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Timothy M. Cain, District Judge. (3:09-cv-01883-TMC)

———————————

Submitted: December 20, 2012    Decided: December 27, 2012

———————————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dennis Michael Gallipeau, Appellant Pro Se. Evan Markus Gessner, Michael Stephen Pauley, LIDE & PAULEY, LLC, Lexington, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Gallipeau appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gallipeau v. Mickens-Ham, No. 3:09-cv-01883-TMC (D.S.C. Aug. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED